Cesar Anuat REGINO, Petitioner,

v.

John ASHCROFT, Attorney General, Respondent.

No. 03–70170.

Agency No. A70–637–012.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2004.*

Decided Sept. 22, 2004.

Natalia A. Nekrasova, Venu Alagh, Korenberg, Abramowitz & Feldun, Sherman Oaks, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, Christopher C. Fuller, Janice K. Redfern, U.S. Department of Justice, Washington, DC, for Respondent.

Before PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM\*\***

Cesar Anuat Regino, a native and citizen of the Philippines, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") denial of his applications for asylum, withholding of deportation, and relief under the Convention Against Torture. We have jurisdiction under former 8 U.S.C. § 1105a. *See Kalaw v. INS,* 133 F.3d 1147, 1150 (9th Cir.1997). We review for substantial evidence and will uphold the determination unless the evidence compels a contrary result. *Molina–Estrada v. INS,* 293 F.3d 1089, 1093 (9th Cir. 2002). We deny the petition.

Substantial evidence supports the IJ's adverse credibility determination because Regino omitted from his asylum application the only physical confrontation he experienced in the Philippines, which is more than a minor detail. *See Wang v. INS,* 352 F.3d 1250, 1257 (9th Cir.2003).

Pursuant to *Elian v. Ashcroft,* 370 F.3d 897, 901 (9th Cir.2004) (order), Regino's voluntary departure period will begin to run upon issuance of this court's mandate.

**PETITION FOR REVIEW DENIED.**

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.